U.S. v. Michael Warren
CR23-5085DGE
Exhibit 1 to Government's
Sentencing Memorandum



TABLET PRESSES

LFA Machines DFW LLC
955 North Sylvania Ave
Fort Worth
76111, TX

# Due Diligence Form

| | |
|---|---|
| Name: | Cole Moorhead |
| Company Name: | Sonoran Asset Management |
| Position In Company: | Owner |
| Address: | ██████████████████ |
| Intended use of press. (This field is very important. Please share what type of materials will be running through the press. We don't need exact formulas, but the different type of ingredients that will be made in this press) | Dietary supplements with Kratom and Kava Kava |
| Telephone Number: | 6026897017 |
| Email Address: | coleleemoorhead@gmail.com |

At LFA we take the prevention of crime seriously. By signing this form you are confirming that you are not using any products purchased to commit a crime. All machine sales are subject to 21 CFR 1310.07

Authorized signature:

DocuSigned by:

577CBCAD2D5F436...

Date: 3/31/2021



| Order Id | Order Date | Processed Date | Name | Email | Total | Item | Quantity |
|---|---|---|---|---|---|---|---|
| 148081 | 30/03/2021 19:03 | 02/04/2021 9:04 | Cole Moorhead | coleleemoorhead@gmail.com | 2792.72 | TDP 5 Desktop Tablet Press | 1 |
| 149505 | 17/04/2021 18:04 | 19/04/2021 10:04 | Cole Moorhead | coleleemoorhead@gmail.com | 2291.260003 | Boot - TDP 5 - v2 | 2 |
| 149505 | 17/04/2021 18:04 | 19/04/2021 10:04 | Cole Moorhead | coleleemoorhead@gmail.com | 2291.260003 | Firmapress Baby Blue 50kg | 2 |
| 149572 | 17/04/2021 18:04 | 20/04/2021 11:04 | Cole Moorhead | coleleemoorhead@gmail.com | 2625 | VH 8 Powder Mixer | 1 |
| 151961 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Upper Drift Pin Assembly Rod Eye and Clevis - TDP 5 - v2 | 1 |
| 151983 | 18/05/2021 21:05 | 19/05/2021 09:05 | Cole Moorhead | coleleemoorhead@gmail.com | 139.98 | Boot - TDP 5 - v2 | 2 |
| 153948 | 12/06/2021 14:06 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner Bolt - TDP 5 - v2 | 1 |
| 153948 | 12/06/2021 14:06 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod - TDP 5 - v2 | 1 |
| 153948 | 12/06/2021 14:06 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 2 |
| 153963 | 12/06/2021 16:06 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod - TDP 5 - v2 | 1 |
| 153963 | 12/06/2021 16:06 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 153963 | 12/06/2021 16:06 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner Bolt - TDP 5 - v2 | 1 |
| 154054 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Upper Drift Pin Assembly Rod Eye and Clevis - TDP 5 - v2 | 1 |
| 154054 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 154054 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod - TDP 5 - v2 | 1 |
| 154054 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner Bolt - TDP 5 - v2 | 1 |
| 154055 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner Bolt - TDP 5 - v2 | 1 |
| 154055 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 154055 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Upper Drift Pin Assembly Rod Eye and Clevis - TDP 5 - v2 | 1 |
| 154055 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod - TDP 5 - v2 | 1 |
| 154163 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 116.97 | Lower Assembly Timing Rod Runner Bolt - TDP 5 - v2 | 1 |
| 154163 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 116.97 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 154163 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 116.97 | Lower Assembly Timing Rod - TDP 5 - v2 | 1 |
| 154164 | 18/05/2021 21:05 | 31/12/0000 18:12 | Cole Moorhead | coleleemoorhead@gmail.com | 0 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 154165 | 18/05/2021 21:05 | 25/06/2021 12:06 | Cole Moorhead | coleleemoorhead@gmail.com | 215.6300013 | Lower Assembly Timing Rod Runner Bolt - TDP 5 - v2 | 1 |
| 154165 | 18/05/2021 21:05 | 25/06/2021 12:06 | Cole Moorhead | coleleemoorhead@gmail.com | 215.6300013 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 154165 | 18/05/2021 21:05 | 25/06/2021 12:06 | Cole Moorhead | coleleemoorhead@gmail.com | 215.6300013 | Lower Assembly Timing Rod - TDP 5 - v2 | 1 |
| 154165 | 18/05/2021 21:05 | 25/06/2021 12:06 | Cole Moorhead | coleleemoorhead@gmail.com | 215.6300013 | Upper Drift Pin Assembly Rod Eye and Clevis - TDP 5 - v2 | 1 |
| 154165 | 18/05/2021 21:05 | 25/06/2021 12:06 | Cole Moorhead | coleleemoorhead@gmail.com | 215.6300013 | Lower Assembly Timing Rod Runner - TDP 5 - v2 | 1 |
| 158308 | 12/08/2021 20:08 | 13/08/2021 10:08 | Cole Moorhead | coleleemoorhead@gmail.com | 219.0300004 | Boot - TDP 5 - v2 | 3 |