U.S. v. Michael Warren
CR23-5085DGE
Exhibit 2 to Government's
Sentencing Memorandum

| Session: | 123 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/27/2022 | Content: | Audio | Associate DN: | 9013553901 |
| Start Time: | 14:20:16 PST | Primary Language: | Unknown | In/Out Digits: | 19013553901 |
| Stop Time: | 14:20:52 PST | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:36 | Monitor ID: | cdulaney | Participants: | Gill, Bryson |

**Synopsis 1**

UM: You're um, together, uh 20 blues yeah put 20 blues in bag for me,
BG: Okay, I gotcha
UM: drop it off to Adam on the way out to the woods, but I'm gonna stop        , I'm coming over to
you right now cuz I want to see that
BG: Okay
UM: So I'll be there in a minute
BG: Okay, we're here waiting for you
UM: Alright
BG: Alright [inaudible - "I love you"[?]]
UM: [inaudible - "I love you too"[?]]
[inaudible]

| Session: | 127 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/27/2022 | Content: | Audio | Associate DN: | (332) 268-3130 |
| Start Time: | 16:06:07 PST | Primary Language: | Unknown | In/Out Digits: | 13322683130 |
| Stop Time: | 16:06:43 PST | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:36 | Monitor ID: | cdulaney | Participants: | Gill, Bryson |

**Synopsis 1**

Hello?
Hey you said there was how many of the blueberries left?
I don't know, I don't know if Isaac [?] got rid of anything.
Where's Isaac? Right here, hold on.
24
Is that after Adam.
24 after Adam.
Hey, you guys already there?
No we're almost there.
When you get there, give me a count of how many are left.

| Case: 245D-SE-3481513 | Target: Bryson Gill | | Line: 2533493975 | | File Number: 245D-SE-348 1513 |
|---|---|---|---|---|---|
| Session: | 128 | Classification: | Pertinent | Direction: | Outgoing |
| Date: | 11/27/2022 | Content: | Audio | Associate DN: | (332) 268-3130 |
| Start Time: | 16:21:05 PST | Primary Language: | Unknown | In/Out Digits: | 13322683130 |
| Stop Time: | 16:22:34 PST | Complete: | Completed | Subscriber: | |
| Duration: | 00:01:29 | Monitor ID: | cdulaney | Participants: | Gill, Bryson |

### Synopsis 1

BG: Hey you guys aint made it there yet?
UM: yeah, we're in here, now, I was just about call is there any way you can stop and pick up some gloves, if you're coming out here
BG: Yeah, I'll stop and grab em
UM: Alright, cool, we're about to break into it right now, here
BG: You got the masks though right, the ones with the filters, there's a box of brand new filters in there too
UM: Alright
BG: I'll talk to _____ right now
BG: Just a rough estimate how much is there?
BG: pull 40 out and put em in a bag, in a separate bag, and then i'll be there in probably like an hour so
UM: Easily over a hundred
BG: Huh
UM: Over a hundred
BG: It should be over that, it should be, there's not 20 bags there?
UM: Yeah, I guess about more like that
BG: I see, each one of them bags is like 10 thousand, that should be a lot there, There might be a hundred bags, not a hundred thousand
UM: 22, there's 22 of em
BG: and this is,
UM: shit
BG: 44, 5, okay, alright, I'll be there in a minute
UM: alright cool
BG: thank you
BG: [inaudible] let me know
UM: huh? there's

easily

| Session: | 129 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/27/2022 | Content: | Audio | Associate DN: | (332) 268-3130 |
| Start Time: | 16:47:10 PST | Primary Language: | Unknown | In/Out Digits: | 13322683130 |
| Stop Time: | 16:47:50 PST | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:40 | Monitor ID: | cdulaney | Participants: | Gill, Bryson |

### Synopsis 1

Can you hear me?
Yo where you at?
I'm in the trailer.
Its on the bottom type in 4659 - 4659 and then either a or b. I believe B.
And I think the bricks are in there, I grab the gloves I'm on my way right now.

| Session: | 130 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 11/27/2022 | Content: | Audio | Associate DN: | (332) 268-3130 |
| Start Time: | 16:48:12 PST | Primary Language: | Unknown | In/Out Digits: | 3322683130 |
| Stop Time: | 16:48:26 PST | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:14 | Monitor ID: | cdulaney | Participants: | Gill, Bryson |

**Synopsis 1**

Hello?
That one was all waters.
There wasn't a brick.
No
Well, I got the keys for the other ones, the other ones don't open.

| Session: | 217 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 11/28/2022 | Content: | Audio | Associate DN: | (332) 268-3130 |
| Start Time: | 21:56:33 PST | Primary Language: | Unknown | In/Out Digits: | 3322683130 |
| Stop Time: | 21:57:31 PST | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:58 | Monitor ID: | slcarpenter | Participants: | Gill, Bryson<br>Slocumb, Michael |

**Synopsis 1**

BG: Hello
Michael Slocumb: Hey, his phones turned off, it's going straight to voicemail. This thing is making the pills look like shit. They all look fuzzy. You know what I mean. They are not clean like the other ones. I don't understand what the fuck is going on. But it looks like this thing isn't pressuring enough. It's like, I don't know. I need to know how to make it bind up a little more. Whatever he did, it's too loose now. There's enough powder and all that's right but there's not, it's too loose. It's not pressing.
BG: I swear he is taking a page out of fucking Cole's book. It seems like he does shit just to slow it down to make himself the one that has to do it. You know what I mean?
Michael Slocumb: Like, he's doing it for admiration or something. Like oh you need me to do this.
BG: Yeah, this shit is [unintelligble]. It don't make no fucking sense. I am about to call him and see if he'll fucking answer the phone.

| Session: | 221 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/28/2022 | Content: | Audio | Associate DN: | (360) 763-3440 |
| Start Time: | 21:58:20 PST | Primary Language: | Unknown | In/Out Digits: | 3607633440 |
| Stop Time: | 21:58:41 PST | Complete: | Completed | Subscriber: | Warren, Mike |
| Duration: | 00:00:21 | Monitor ID: | slcarpenter | Participants: | Gill, Bryson<br>Warren, Mike |

**Synopsis 1**

BG: You there?
Mike Warren: Yeah
BG: Um, Slo is trying to get a hold of you. He's trying to figure out. I don't know he has a question about the machine. I don't know, he's saying he can't, I don't know, he's having some problems. Can you call him for me.
Mike Warren: Yeah, mmmhm.