U.S. v. Michael Warren
CR23-5085DGE
Exhibit 4 to Government's
Sentencing Memorandum

| DEFENDANT | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|
| Jesse James Bailey | Leader of Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Counts 3 & 8: PWID 21 U.S.C. 841(b)(1)(A) | Count 1: Conspiracy; 841(b)(1)(A); Counts 2: Possess a Firearm in Furtherance of Drug Trafficking; 18 USC 924(c); Count 3: Conspiracy to Launder Money; 18 USC 1956(h) | CH III | **TOL 43** BOL 38; 2D1.1(a)(5) +2 Drug Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) +2 Money Laundering; 2S1.1(b)(2)(B) +2 Leadership role; 3B1.1(c) -3 Acceptance; 3E1.1 | **Life (+60m)** | **Joint 210 Months** | 6/13/2025 |
| Thomas Carver | Co-Leader of Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Counts 8, 9 & 11: PWID 21 U.S.C. 841(b)(1)(A) | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); | CH III | **TOL 43** BOL 38; 2D1.1(a)(5) +2 Dangerous Weapon; 2D1.1(b)(1) +2 Drug Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) +2 Leadership Role; 3B1.1(a) -3 Acceptance; 3E1.1 | **Life** | 180 Months | 144 months |
| Bryson Gill | Fentanyl supplier to Bailey DTO & Leader of Gill DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 6: PWID 21 U.S.C. 841(b)(1)(A) | TBD (Government will be adding 924(c) charge) | CH III | **TOL 45** BOL 38; 2D1.1(a)(5) +2 Drug Premises; 2D1.1(b)(12) +4 Misrepresented Fentanyl; 2D1.1(b)(13) +2 Money Laundering; 2S1.1(b)(2)(B) +2 Leadership role; 3B1.1(c) -3 Acceptance; 3E1.1 | **Life (+60m)** | TBD | PENDING TRIAL |
| Yehoshua Kilp | Leader of Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Counts 4&5: PWID 21 U.S.C. 841(b)(1)(A) | TBD | CH VI | **TOL 43** BOL 38; 2D1.1(a)(5) +2 Drug Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) +2 Money Laundering; 2S1.1(b)(2)(B) +2 Leadership role; 3B1.1(c) -3; 3E1.1 | **Life** | TBD | PENDING TRIAL |
| Gustavo Castellanos-Tapia | Meth Supplier to Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 10: PWID 21 U.S.C. 841(b)(1)(A) | Conspiracy; 21 U.S.C. 846, 841(b)(1)(B) | CH I | **TOL 31** BOL 38; 2D1.1(a)(5) -2 Zero Point; 4C1.1 -3; 3E1.1 | **108-135 months** | 108 Months | 90 Months |

| DEFENDANT | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|
| Candace Bailey | Covert Leader of Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Count 3: PWID 21 U.S.C. 841(b)(1)(A) | Count 1: Conspiracy; 21 USC 841(b)(1)(C); Count 2: Transfer of a Firearm to a Prohibited Person; 18 USC 922(d)(1) Count 3: Conspiracy to launder money 18 USC 1956(h) | CH I | **TOL 43** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Drug Premises; 2D1.1(b)(12)** **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **+2 Money Laundering**; 2S1.1(b)(2)(B) **-3**; 3E1.1 | **Life** | 120 Months | 5/16/2025 |
| Ronald McComb | Redistributor & Manager of Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A); Counts 2 & 12: PWID 21 U.S.C. 841(b)(1)(B) | Count 1: Conspiracy; 21 USC 841(b)(1)(C); Count 2: Felon in Possession of a Firearm; 18 USC 922(g) | CH II | **TOL 39** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **292-365 months** | Joint 156 Months | 156 months |
| Keagen Larsen | Redistributor & Enforcer for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | TBD | TBD | TBD | TBD | TBD | Currently in custody in King County facing Homicide charges |
| Sean Moinette | Redistributor & Manager of Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | TBD | CH VI | **TOL37** **BOL 34**; 2D1.1(a)(5) **+2 Threat of Violence**; 2D1.1(b)(2) **+2 Manger of Criminal Activity**; 3B1.1(a) **+2 Obstruction**; 3C1.1 **-3**; 3E1.1 | **360-life** | 156 Months | 144 months |
| Gregory Beers | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 841(b)(1)(B); Counts 2: Possess a Firearm in Furtherance of Drug Trafficking; 18 USC 924(c); | CH VI | **TOL 37** **BOL 36**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **+2 Obstruction**; 3C1.1 **-3**; 3E1.1 | **360-life (+60m)** | Joint 150 Months | 4/11/2025 |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Michael Slocumb | Redistributor & Enforcer for Gill DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 6**: PWID 21 U.S.C. 841(b)(1)(a); **Count 7**: PWID 21 U.S.C. 841(b)(1)(C); | **Count 1: Conspiracy;** 841(b)(1)(B); **Counts 2: Possess a Firearm in Furtherance of Drug Trafficking;** 18 USC 924(c); | CH I | **TOL 43** **BOL 38**; 2D1.1(a)(5) **+2 Drug Premises**; 2D1.1(b)(12) **+4 Misrepresented Fentanyl**; 2D1.1(b)(13) **+2 Money Laundering**; 2S1.1(b)(2)(B) **-3**; 3E1.1 | Life (+60m) | 180 Months | 2/14/2025 |
| | Michael Warren | Stash House Manager & Pill Press Operator for Gill DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 6**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(B); | CH I | **TOL 43** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Drug Premises**; 2D1.1(b)(12) **+4 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | Life | 156 Months | 2/7/2025 |
| | Isaac Cervantes | Redistributor for Gill DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 6**: PWID 21 U.S.C. 841(b)(1)(A) | **Conspiracy;** 21 U.S.C. 846, 841(b)(1)(B) | CH I | **TOL 39** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | 262-327 months | 120 Months | 108 Months |
| | Sara Thompson | Redistributor & Stash House Manager for Kilp DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 5**: PWID 21 U.S.C. 841(b)(1)(A) | **Conspiracy;** 21 U.S.C. 846, 841(b)(1)(B) | CH I | **TOL 41** **BOL 38**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Drug Premises**; 2D1.1(b)(12) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | 324-405 months | 120 Months | 84 months |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Eric Smith | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(B); **Counts 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); | CH VI | **TOL 37** **BOL 36**; 2D1.1(a)(5) **+2 Drug Premises**; 2D1.1(b)(12) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **360m - Life (+60m)** | **Joint 144 Months** | 144 Months |
| | Shawn Ellis | Redistributor for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy;** 841(b)(1)(B); **Counts 2: Possess a Firearm in Furtherance of Drug Trafficking**; 18 USC 924(c); | CH VI | **TOL 39** **BOL 38**; 2D1.1(a)(5) **+2 Maintaining Premises**; 2D1.1(b)(12) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **360m - Life (+60m)** | **TBD Open Rec** | 2/20/2025 |
| | Joseph Hempel | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy** 21 U.S.C. 846, 841(b)(1)(A); **Count 2: Felon in Possesion of a Firearm,** 18 U.S.C. 922(g)(1) | CH IV | **TOL 39** **BOL 36**; 2D1.1(a)(5) **+2 Dangerous Weapon**; 2D1.1(b)(1) **+2 Maintaining Premises**; 2D1.1(b)(12) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **360m - Life** | **Joint 126 Months** | 3/14/2025 |
| | Stephanie Yepez | Redistributor for Kilp DTO | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(A); **Count 4:** PWID 21 U.S.C. 841(b)(1)(a) | **Count 1: Conspiracy;** 21 U.S.C. 846, 841(b)(1)(C) | CH II | **TOL 35** **BOL 38**; 2D1.1(a)(5) **-3**; 3E1.1 | **188-235 months** | 84 Months | 50 Months |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| Philip Boorkman | | Redistributor for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | TBD | CH VI | **TOL 27** BOL 28; 2D1.1(a)(5) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 130-162 months | Low End of Guidelines | 4/25/2025 |
| C'la Morales | | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 841(b)(1)(C); Counts 2: Possess a Firearm in Furtherance of Drug Trafficking; 18 USC 924(c); | CH II | **TOL 39** BOL 36; 2D1.1(a)(5) +2 Dangerous Weapon; 2D1.1(b)(1) +2 Maintaining Premises; 2D1.1(b)(12) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 292-365 months | Low End of Guidelines | 3/21/2025 |
| Ronnie Griffin | | Redistributor for Bailey DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(B) | CH VI | **TOL 35** BOL 34; 2D1.1(a)(5) +2 Dangerous Weapon; 2D1.1(b)(1) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 292-365 months | 120 Months | 75 months |
| Daniel Hammond | | Redistributor for Kilp DTO | Count 1: Conspiracy; 21 U.S.C. 846, 841(b)(1)(A) | TBD | CH VI | **TOL 31** BOL 32; 2D1.1(a)(5) +2 Misrepresented Fentanyl; 2D1.1(b)(13) -3; 3E1.1 | 188-235 months | TBD | Pending Trial |

| DEFENDANT | | ROLE | INDICTMENT CHARGES | PLEA CHARGES | CH CATEGORY | OFFENSE LEVEL | GL RANGE | GOV REC | SENTENCE IMPOSED |
|---|---|---|---|---|---|---|---|---|---|
| | Anna Sarnes | Courier | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A); **Count 8**: PWID 21 U.S.C. 841(b)(1)(A) | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(C) | CH I | **TOL 23** **BOL 30**; 2D1.1(a)(5)(i) & 2D1.1(c)(4) **-2 Minimal Participant**; 3B1.2(b) **-2 Zero Point**; 4C1.1 **-3**; 3E1.1 | **46-57 months** | 22 months | 14 months |
| | Anthony Escoto | Redistributor for Bailey DTO | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A); **Count 9**: PWID 21 U.S.C. 841(b)(1)(A) | **TBD** (Government will be adding 924(c) charge) | CH VI | **TOL 33** **BOL 34**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **235-293 months (+60m)** | TBD | Pending Trial |
| | William Tripp | Driver for Escoto | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A); **Count 9**: PWID 21 U.S.C. 841(b)(1)(A) | **Count1 Conspiracy** (b)(1)(C); **Count 2 UPOF**, 18 U.S.C. 922(g)(3) **Counts 3 &4: Assault of an Officer**, 18 U.S.C. 111(a) | CH I | **TOL 26** **BOL 31**; 2D1.1(a)(5)(ii) & 2D1.1(c)(3) **+2 Dangerous Weapon**; 2D1.1(b)(1) **-4 Minimal Participant**; 3B1.2(a) **-3**; 3E1.1 | **63-78 months** | 36 Months | 20 Months |
| | Dana Hanson | Redistributor for Bailey DTO | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(C) | CH II | **TOL 33** **BOL 34**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **151-188 months** | N/A | **Accepted into DREAM** |
| | Justin Hanson | Redistributor for Bailey DTO | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(A) | **Count 1: Conspiracy**; 21 U.S.C. 846, 841(b)(1)(C) | CH VI | **TOL 33** **BOL 34**; 2D1.1(a)(5) **+2 Misrepresented Fentanyl**; 2D1.1(b)(13) **-3**; 3E1.1 | **235-293 months** | TBD Open Rec | 5/16/2025 |